[No. 35771-9-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LEVICE PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04376-1, George T. Mattson, J., entered
December 7, 1994. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Coleman, J.,
concurred in by Becker and Ellington, JJ.


[No. 35856-1-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
TERRANCE CHARLES COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05779-7, Ann Schindler, J., entered
December 5, 1994. *Affirmed* by unpublished per curiam
opinion.


[No. 36008-6-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDY
CAMPOS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-07014-4, Bobbe J. Bridge, J., entered
January 13, 1995. *Dismissed* by unpublished per curiam
opinion.


[No. 36026-4-I.   Division One.   April 22, 1996.]

NAUTILUS MARINE, INC., *Appellant*, v. INTEGRATED
DISTRIBUTION SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-12144-0, Nancy A. Holman, J., entered
September 24, 1993. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Webster, JJ.